**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**SCOTT A. NORTHY**                                                                              **PETITIONER**

**vs.**                                          **CIVIL ACTION NO.: 3:15-CV-862-HTW-LRA**

**WARDEN BONITA MOSLEY**                                            **RESPONDENT**

**ORDER ADOPTING REPORT AND RECOMMENDATION
AND DISMISSING CASE**

This matter comes before this court pursuant to the Report and Recommendation of the United States Magistrate Judge Linda Anderson **[Docket no. 10]**. Based upon the evidence therein contained, this court, finds the Report and Recommendation well taken. Therefore, the Report and Recommendation of the United States Magistrate Judge **[Docket no. 10]** is hereby **ADOPTED** as the order of this court.

Further, this hereby **DISMISSES** this lawsuit without prejudice. The parties are to bear their own costs.

**SO ORDERED, this this 25th day of February, 2017.**

                                                         **s/ HENRY T. WINGATE**
                                                         **UNITED STATES DISTRICT COURT JUDGE**